**Dismissed and Opinion Filed August 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00700-CV**

**IN RE TOM HARRISON, Relator**

**On Appeal from the City of Plano**
**Collin County, Texas**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Whitehill
Opinion by Justice Whitehill

Before the Court are relator's June 18, 2018 petition for writ of mandamus and motion for temporary relief and relator's August 15, 2018 "Voluntary Motion to Dismiss." We grant the motion to dismiss, deny relator's motion for temporary relief as moot, and dismiss this original proceeding. *See* TEX. R. APP. P. 42.1(a).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

180700F.P05